THE STATE v. HARDING, Plaintiff in Error.

Division Two, November 22, 1904.

Error to Buchanan Criminal Court.—*Hon. B. J. Casteel,
Judge.*

AFFIRMED.

FOX, J.—The same questions are presented upon the record in this cause as in the cases of State v. Rosenblatt, 185 Mo. 114, and State v. Blakely, reported at page 187 of this volume.

Adopting the conclusions reached in those cases, the judgment of the trial court is affirmed. *Gantt, P. J.,* concurs; *Burgess, J.,* absent.